**BOURQUE LAW FIRM, P.C.**
7301 North 16th Street, Suite 103
Phoenix, Arizona 85020
(602) 466-2056
art@bourquelaw.com

Arthur J. Bourque - 013773

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Jeanne McGuire a single woman, | Case No. CV2013-02222-HRH |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| Fresh Start Handicapped Workers, Inc., an Arizona corporation; Paul M. Giza and Martha Giza, husband and wife, | |
| Defendants. | |

Defendants hereby give notice to the Court that the parties have settled the above-captioned matter.  Defendants anticipate that a Stipulation to Dismiss will be filed with the Court shortly.

DATED this 7th day of January, 2014.

**BOURQUE LAW FIRM, P.C.**

By  s/ Arthur J. Bourque
    Arthur J. Bourque
    Attorneys for Defendants

1

<u>CERTIFICATE OF SERVICE</u>

2

I hereby certify that on the 7th day of January, 2014, the foregoing was filed with the Clerk of the U.S. District Court and served on the following counsel of record using the Court's electronic filing system:

3

4

Trey Dayes
Dawn M. Sauer

5

John L. Collins
Phillips Dayes Law Group P.C.

6

3101 North Central Avenue, Suite 1500
Phoenix, AZ  85012

7

Attorneys for Plaintiff

8

<u>s/ S. Albue</u>

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26