IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| JEANNE McGUIRE | v. | FRESH START HANDICAPPED WORKERS, INC., et al. |
|---|---|---|
| JUDGE H. RUSSEL HOLLAND | | CASE NO. 2:13-cv-2222-HRH |

PROCEEDINGS:   ORDER FROM CHAMBERS

The court is in receipt of defendants' notice of settlement,[1] filed January 7, 2014, notifying the court that the parties have reached a settlement.

Accordingly, pending motions, if any, are denied with leave to renew; pending deadlines and filing requirements, if any, are vacated. The parties will please present appropriate closing papers on or before February 14, 2014. If for any reason closing papers cannot be filed by that date, plaintiff shall serve and file a brief status report updating the court as to the progress of completing this case.

---

[1] Docket No. 12.