IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

JEANNE McGUIRE,                                )
                                               )
                         Plaintiff,   )
                                               )
    vs.                                        )
                                               )
FRESH START HANDICAPPED WORKERS,               )
 INC., an Arizona corporation; PAUL M. GIZA    )
and MARTHA GIZA, husband and wife,             )
                                               )     No. 2:13-cv-2222-HRH
                        Defendants.  )
_____)

O R D E R

Approval of Settlement

        This Court has before it the parties' joint motion for approval of settlement agreement and order for dismissal of all claims with prejudice.[1] The parties seek court approval because the case involves alleged violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201-219. The parties do so because, based upon *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353-54 (11th Cir. 1982), they assert that FLSA claims may not be settled without approval of the Department of Labor or the district court. This FSLA settlement was reached in the context of a lawsuit, in which all parties were represented by counsel, and the Court has reviewed the settlement agreement, and finds that it fairly and reasonably resolves the parties' dispute.

---

    [1]Docket No. 13.

Order – Approval of Settlement                                                                                                                    - 1 -

IT IS ORDERED approving the parties' settlement agreement and dismissing this matter with prejudice, with the parties to bear fees and costs as set forth in the parties' settlement agreement.

DATED at Anchorage, Alaska, this  31st  day of January, 2014.

/s/ H. Russel Holland
United States District Judge